1
L.J. Loheit, Trustee
P.O. Box 1858
Sacramento, CA 95812
(916) 856-8000



FILED

AUG - 2 2004

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| IN RE | CASE NO.:04-23422-A-13L |
| LARRY DALE BUTLER JR<br>PAMELA KAYE BUTLER | ORDER APPROVING TRUSTEE'S<br>FINAL REPORT AND ACCOUNT<br>AND DISCHARGING TRUSTEE |
| Debtor(s) | |

Upon consideration of the Final Report and Account of L. J. Loheit, Standing Chapter 13 Trustee in the above referenced matter, and after notice to parties in interest with no timely objection having been filed,

IT IS HEREBY ORDERED that the Final Report and Account of the Trustee is approved.

IT IS FURTHER ORDERED that L. J. Loheit is hereby discharged as Trustee of the above named Debtor(s).

DATED: *2 August 2004*

_____
MICHAEL S. MCMANUS
CHIEF BANKRUPTCY JUDGE

Form #109

